THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN SINCLAIR, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C19-0345-JCC<br><br>ORDER |

The Court, having reviewed Plaintiff's complaint, the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby FINDS and ORDERS that:

1. The report and recommendation (Dkt. No. 4) is ADOPTED;
2. Plaintiff's *in forma pauperis* application (Dkt. No. 1) is DENIED;
3. Plaintiff is DIRECTED to pay the $400 filing fee within 30 days of the date on which this order is issued. Failure to timely submit the requisite filing fee will result in immediate termination of this action;
4. The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Peterson.

//

//

ORDER
C19-0345-JCC
PAGE - 1

1       DATED this 20th day of May 2019.

                                            John C. Coughenour
                                            UNITED STATES DISTRICT JUDGE

ORDER
C19-0345-JCC
PAGE - 2